McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
RICHARD SHOEMAKER-MOYLE
Certified Student, Misdemeanor Unit
501 "I" Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2807

FILED

AUG 1 9 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

2:08-CR-0381

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | VIOLATION: 18 U.S.C. § 641- Theft of Government Property |
| v. | |
| ELMER C. ESPINO, | |
| Defendant. | |

## I N F O R M A T I O N

The United States Attorney charges:  T H A T

ELMER C. ESPINO,

defendant herein, on or about May 17, 2008, at Beale Air Force Base, County of Yuba, State and Eastern District of California did wilfully embezzle, steal, purloin, and knowingly convert to said defendant's use and the use of another, property of the

///
///
///
///
///

1

United States and a department and agency thereof, of value not in excess of one thousand dollars ($1000), to wit: a PNY Flash Drive of a value totaling one-hundred and forty-nine dollars ($149.00), in violation of Title 18, United States Code, Section 641, a misdemeanor.

DATED: August 19, 2008.

McGREGOR W. SCOTT
United States Attorney

By: _____
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney

2

**PENALTY SLIP**

**ELMER C. ESPINO**

VIOLATION:             18 U.S.C. § 641 - Theft of Government Property

PENALTY:               Fine of not more than $100,000 and/or imprisonment of not more than one year.

SUPERVISED RELEASE:    One year term of supervised release

COURT ASSESSMENT:      $25.00

2:08 - CR - 0381   DAD